

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00044-CV

MARK BRADFORD, MIKE CURTIS,
STEPHEN DUNCOMBE, AND LARRY NIKEL, Appellants

V.

SHEREE ESTES-STANLEY, COY CLAYTON, KATIE CLAYTON,
DEBORA STEVENS, OSCAR GONGORA, JR., KARL ENGSTROM,
FELIX DELEON, DANETTE DELEON, SAMANTHA MCDONALD, JOSHUA
MCDONALD, AND KEVIN KINSER, Appellees

On Appeal from the 278th District Court
Walker County, Texas
Trial Court No. 2130065

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The appellants filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.

*See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:      May 1, 2023
Date Decided:        May 2, 2023

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.